UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angela Williams, Plaintiff,

v.

City of Detroit, Wayne County, Detroit Police Department, Wayne County Sheriff's

Case: 2:25-cv-12438
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/6/2025
WILLIAMS V. CITY OF DETROIT, et al. (CMP)(CMC)

**COMPLAINT FOR DAMAGES**

Plaintiff Angela Williams, by and through herself, states the following for her Complaint against the above-named Defendants:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.
2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this complaint occurred in the Eastern District of Michigan.

**PARTIES**

3. Plaintiff Angela Williams is an adult resident of Detroit, Michigan, residing at 20177 Washburn Street, Detroit, MI 48221.
4. Defendant City of Detroit is a municipal corporation responsible for the oversight and administration of the Detroit Police Department.
5. Defendant Wayne County is a governmental entity responsible for the operation of the Wayne County Sheriff's Office and the Wayne County courts.
6. Defendant Detroit Police Department is a law enforcement agency operating under the City of Detroit.
7. Defendant Wayne County Sheriff's Office is a law enforcement agency under the jurisdiction of Wayne County, responsible for inmate custody and transportation.
8. Defendants John Does 1-10 are unknown individuals whose actions or inactions contributed to the violations of Plaintiff's rights, including officers or officials responsible for transport, booking, and recordkeeping.

**FACTUAL ALLEGATIONS**

9. Plaintiff Angela Williams was in custody under the authority of the City of Detroit and/or Wayne County on or before July 23, 2025, the date she was scheduled to appear for arraignment in connection with a criminal matter.

10. While in custody, Plaintiff's co-defendant Ramzu Yunus was transported to court for arraignment on July 23, 2025. Despite being similarly situated and under the same custodial authorities, Plaintiff was not transported to the courthouse.

11. No explanation was provided for the failure to transport Plaintiff. She remained in custody and was later released under GPS tether conditions without having appeared in court.

12. On or about July 28, 2025, Plaintiff was arrested and jailed for an alleged 'Failure to Appear' at the July 23, 2025 arraignment—a court appearance she was physically unable to attend due to the Defendants' own failure to transport her.

13. Plaintiff remained incarcerated for four additional days awaiting a rescheduled court hearing.

14. At all relevant times, Defendants were aware or should have been aware of Plaintiff's custody status and their responsibility to ensure her court appearance.

15. The arrest, detention, and charging of Plaintiff for failure to appear constitutes misconduct and was the direct result of gross negligence, systemic failure, and potentially retaliatory motives.

16. Plaintiff and her co-defendant Ramzu Yunus are known community activists engaged in political advocacy against municipal corruption and housing injustice in Detroit.

17. Their activism has been met with government hostility, surveillance, and retaliation, including targeted prosecutions and arrests.

18. Plaintiff's treatment in this case exemplifies the misuse of the criminal legal system to harass, intimidate, and retaliate against political dissidents.

19. The misconduct of the Defendants resulted in unlawful deprivation of Plaintiff's liberty, emotional distress, reputational harm, and financial hardship.

**CLAIMS FOR RELIEF**

1. COUNT I: Violation of Fourteenth Amendment – Procedural and Substantive Due Process (42 U.S.C. § 1983)
2. COUNT II: False Arrest and False Imprisonment
3. COUNT III: Gross Negligence and Official Misconduct
4. COUNT IV: Retaliatory Prosecution – Violation of First Amendment Rights
5. COUNT V: Municipal Liability (Monell Claim) – Failure to Train, Supervise, or Discipline

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award compensatory damages in an amount to be determined at trial;
b. Award punitive damages against the individually responsible Defendants;
c. Declare that Plaintiff's constitutional rights were violated;
d. Grant injunctive relief to prevent similar future violations;
e. Award reasonable attorney's fees and litigation costs pursuant to 42 U.S.C. § 1988;
f. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*Angela Williams* 8-6-2025

Angela Williams
20177 Washburn Street
Detroit, MI 48221
Phone: 313.810.4174

JS 44 (Rev. 02/19)

Case 2:25-cv-12438-RJW-KGA ECF No. 1, PageID.4 Filed 08/06/25 Page 4 of 14

# CIVIL COVER SHEET

County in which action arose: **Wayne**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Angela Williams

**DEFENDANTS**
City of Detroit et al

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Angela Williams 313 810 4174
20177 Washburn Detroit 48221

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [x] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [x] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 864 SSID Title XVI | |
| | | | | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: August 6, 2025
SIGNATURE OF ATTORNEY OF RECORD: Angela Williams

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## Livescan Summary Report



**WILLIAMS, ANGELA TAJUAN**
(Image Viewer)
(Full-Sized Image)

| | |
|---|---|
| Fingerprinted by ORI: | **MI82349F6** |
| Fingerprinted by Agency: | DDC LS #F1 |
| Type of Transaction: | (CAR) Criminal Tenprint Submission |
| Trans. Control No: | DS25227905T |
| Date Fingerprinted: | 07-19-2025 |
| Date of Arrest: | 07-19-2025 |
| Date of Birth: | 02-23-1968 |
| SSN: | |
| Sex: | MALE |
| Race: | BLACK |
| Height: | 5'06" |
| Weight: | 130 |
| Hair: | BLACK |
| Eye: | BROWN |
| Age at Time of Fingerprinting: | 57 |
| Age Now: | 57 |

### ▶ Other Identifiers

| | | | |
|---|---|---|---|
| Address: | 2015 TANGLEWOOD DR, ~~MARYLAND~~ *Waldorf MD* MI, 20601 | Place of Birth: | (MI) MICHIGAN |
| | | US Citizenship: | |
| Driver's License: | MD W452067785142 | | |
| FBI #: | | Contributed FBI #: | |
| State ID: | | Contributed State ID: | |
| Immigration #: | | | |
| Misc ID(s): | | Skin Tone: | |
| Local ID: | | Ethnicity: | |
| Off. Track #: | | Juv. Ind#: | |
| ORI Name: | | ORI Address: | |
| Orig. Agency Case No: | | Region: | |
| Arrest ORI: | | Booking ORI: | |
| Arrest Track No: | | Booking No: | |
| Arrest Date: | 07-19-2025 | Submission Type: | |
| Capture Station: | | Impressions Taken By: | MYLES, ALONDRA |
| Process Control No: | | Livescan Operator ID: | AMYLE |
| Palm Prints Available: | | Photo(s) Available: | Y |

### ▶ ImageNet Supplemental

1. Arrest No:                                      Arrest Date:
   Booking No: 150793|186315                       Booking Date: 07-19-2025       Release Date:
   Case No:                                        Incident No:
   State No:                                       FBI No:
   DPD No: 5353453                                 Prime:                         ID'd By:

### ▶ Biometric ID Supplemental

| DID: 197623 | Fingers Enrolled Count: 6 | Avg. Quality: 85.1666666666667 |

▶ **Charge Information**

1. **2900 (Damage To Property)**
   Incident/Complaint No (OCA): 2507190093     Arrest Disposition: REW (Warrant Requested)     Arrest Type: F (Felony)
   Criminal Tracking No:                Offense Date:
   Counts: 1   Charge Type Code: Arrest File Class   General Offense Code:
   Arrrest/Warrant Holding ORI: MI8234900 (DETROIT POLICE DEPARTMENT)
   Prosecutor ORI: MI820013A (WAYNE CO PROSECUTING ATTORNEY)
   Court of Jurrisdiction/Arraignment ORI: MI820365J (36TH DISTRICT COURT)

▶ **Photo Information**

  

| Mugshot | Profile Left Profile | Profile Right Profile |
| (Image Viewer) | (Image Viewer) | (Image Viewer) |
| (Full-Sized Image) | (Full-Sized Image) | (Full-Sized Image) |

**ID Networks Disclaimer:**
- *Verification of all information contained herein must be made by contacting the submitting ORI(s).*
- *All displayed photos, fingerprints, plamprints, documents, or any other image objects have been converted to JPEG format and have been resized for display purposes; these are not necessarily FBI Quality. The original unchanged image objects are stored at the agency housing this data and/or by the submitting ORI.*
- *This record was submitted into the Archives by: **MI82349F6 (DDC LS #F1)**.*
- *This summary was extracted at 7/19/2025 11:38:32 AM by user **fehrenbakers769**.*
- *Message and data rates may apply when using this product over wireless networks.*

The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.

# 36TH DISTRICT COURT

 Return to Search Results

## Register of Action

Return to Search

```
|STATE OF MICHIGAN        |                        | CASE NO:   2505887802 D01 FY  |
|36TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS      |                               |
|ORI820365J              |                         | STATUS: PEND                  |
|PIN: 2507190093         |                         |                               |
```

```
                                    JUDGE OF RECORD: GILES,RONALD,         P-38107
                                            JUDGE:   GILES,RONALD,         P-38107
STATE OF MICHIGAN v
                                                      CTN: 822571702402
    WILLIAMS/ANGELA/TAJUAN                            TCN: DN25301763H
                                                      SID: 6824106P
                                              ENTRY DATE: 07/22/25
                                            OFFENSE DATE: 07/19/25   450 AM
                                             ARREST DATE:
                                VEHICLE TYPE:         VPN:
YEAR OF BIRTH: 1968  SEX: F  RACE: B                  CDL: U
VEH YR:         VEH MAKE:                             PAPER PLATE:
```

```
DEFENSE ATTORNEY ADDRESS                BAR NO.
BERSCHBACK,CHARLOTTE MARIE,             P-86740          APPOINTED
1333 BREWERY PARK BLVD STE 350          Telephone No.
DETROIT         MI 48207                313-474-3200
```

```
OFFICER: MONTALTO LAURA A               | DEPT: 0349003
PROSECUTOR: KAPLAN,STEVEN M.,           | BAR#: P-33036
                    T/GUARDIAN BLDG|
```

```
REF: A C/M/F: F  7503803A                     PACC#750.3803A
MALIC DESTRUCT. OF BLDG-$1,000-20,000
ARRAIGNMENT DATE: 07/22/25   PLEA:   MUTE & NGBC   PLEA DATE: 07/22/25
FINDINGS:                DISPOSITION DATE:
```

```
SENTENCING DATE:
    FINE      COST  ST.COST     CON      MISC.     REST    TOT FINE    TOT DUE
    0.00      0.00    0.00     0.00      0.00      0.00      0.00        0.00
         JAIL SENTENCE:           PROBATION:
VEH IMMOB START DATE:             NUMBER OF DAYS:          VEH FORFEITURE:
```

BOND HISTORY:
    25,000.00    PERSONAL    BOND CONTINUED

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 07/19/25 | | | |
| | A  ORIGINAL CHARGE          MAL DEST BLG | | 533 |
| 07/21/25 | | | |
| | A  AUTHORIZATION OF COMPLAINT DATE | | 533 |
| |    PROS GARCIA,GARRETT RYAN, | P-74100 | 533 |
| 07/22/25 | | | |
| |    FILING DATE              072225 | | 533 |
| | A  COMPLAINT ISSUANCE DATE | | 533 |
| |    MAG   WHITE,DAWN M., | P-43945 | 533 |
| |    JUDGE OF RECORD/MAGISTRATE CHANGED | | 533 |
| |     FROM:   39654 JEFFERSON,PATRICIA L., | | 533 |
| |      TO:   38107 GILES,RONALD, | | 533 |
| |    MISCELLANEOUS ACTION      ALL COUNTS | | 829 |
| |    SCHEDULED FOR ARRAIGNMENT 072225 1030A   KLEPAREK,JEFFREY DA | P-68900 | 829 |
| |    PRETRIAL RELEASE ORDER GENERATED | | 779 |
| |                     ALL COUNTS | | 779 |
| |    PETITION FOR COURT APPOINTED ATTORNEY FILED | | 053 |

NAME: WILLIAMS/ANGELA/TAJUAN       CASE NO: 2505887802   PAGE   2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 07/22/25 | | | |
| |    ARRAIGNMENT HELD          ALL COUNTS | | 053 |
| |    MAG   KLEPAREK,JEFFREY DAVID, | P-68900 | 053 |
| |    STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT | | 053 |
| |    SCHEDULED FOR PROBABLE CAUSE CONFERENCE | | 053 |
| |                   072925   830A   GILES,RONALD, | P-38107 | 053 |
| |    SCHEDULED FOR EXAMINATION 080525   845A   GILES,RONALD, | P-38107 | 053 |
| |    PERSONAL | | 053 |

| | | |
|---|---|---|
| BOND SET | $25,000.00 | 053 |
| VIRTUAL HEARING HELD | | 053 |
| VIRTUAL HEARING SCHEDULED | | 053 |
| VIDEO RECORDING | | 053 |
| DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT | | 053 |
| TETHER REQUIREMENT IMPOSED | | 053 |
| GPS TETHER WITH HOUSE ARREST, WORK RELEASE | | 053 |
| UPON PROOF OF EMPLOYMENT, NO CONTACT WITH | | 053 |
| GUARDIAN BUILDING, 500 GRISWOLD ST, DETROIT | | 053 |

07/23/25

| | | |
|---|---|---|
| MISCELLANEOUS ACTION      ALL COUNTS | | 799 |
| ATT   NEIGHORHOOD DEFENDER, DETROIT, | # 8804 | 799 |
| ORDER FOR COURT APPOINTED ATTORNEY GRANTED | | 799 |

07/29/25

| | | |
|---|---|---|
| PROBABLE CAUSE CONFERENCE HELD | | 061 |
| ALL COUNTS | | 061 |
| JDG   GILES, RONALD, | P-38107 | 061 |
| PROS  KAPLAN, STEVEN M., | P-33036 | 061 |
| ATT   BERSCHBACK, CHARLOTTE MARIE, | P-86740 | 061 |
| REMOVED FROM CALENDAR     080525  845A  GILES, RONALD, | P-38107 | 061 |
| SCHEDULED FOR EXAMINATION 080825  930A  GILES, RONALD, | P-38107 | 061 |
| BOND CONTINUED | | 061 |
| COURT REPORTER: A. MARSZALEK CER/CSMR #3005 | | 061 |
| VIRTUAL HEARING HELD | | 061 |
| IN-PERSON HEARING SCHEDULED | | 061 |
| NOTICE TO APPEAR GENERATED | | 061 |
| ALL COUNTS | | 061 |
| PRETRIAL RELEASE ORDER GENERATED | | 061 |
| ALL COUNTS | | 061 |

***** END OF REGISTER OF ACTIONS ***** 08/05/25 17:44

Return to Search

The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.

## 36TH DISTRICT COURT
## Register of Action

 Return to Search Results

Return to Search

```
|STATE OF MICHIGAN        |                        | CASE NO:  2505891702 D01 FY |
|36TH JUDICIAL DISTRICT|   REGISTER OF ACTIONS    |                             |
|ORI820365J              |                        | STATUS: PEND                |
|PIN: 2507190115         |                        |                             |
```

```
                              JUDGE OF RECORD: GILES,RONALD,      P-38107
                                       JUDGE: GILES,RONALD,      P-38107
STATE OF MICHIGAN v
                                                 CTN: 822571701202
   WILLIAMS/ANGELA/TAJUAN                        TCN: DS25227905T
                                                 SID: 6824106P
                                          ENTRY DATE: 07/23/25
                                        OFFENSE DATE: 07/19/25   430 AM
                                         ARREST DATE:
                              VEHICLE TYPE:       VPN:
YEAR OF BIRTH: 1968  SEX: F  RACE: B              CDL: U
VEH YR:          VEH MAKE:                        PAPER PLATE:
```

```
DEFENSE ATTORNEY ADDRESS               BAR NO.
BERSCHBACK,CHARLOTTE MARIE,            P-86740          APPOINTED
1333 BREWERY PARK BLVD STE 350         Telephone No.
DETROIT       MI 48207                 313-474-3200
```

```
OFFICER: MONTALTO LAURA A          | DEPT: 0349003
PROSECUTOR: KAPLAN,STEVEN M.,      | BAR#: P-33036
                      /            |
```

```
REF:  A C/M/F: F   7503803A               PACC#750.3803A
MALIC DESTRUCT. OF BLDG-$1,000-20,000
ARRAIGNMENT DATE: 07/29/25   PLEA:   MUTE & NGBC   PLEA DATE: 07/29/25
FINDINGS:                DISPOSITION DATE:
```

```
SENTENCING DATE:
    FINE      COST  ST.COST    CON    MISC.     REST   TOT FINE    TOT DUE
    0.00      0.00    0.00    0.00    0.00     0.00      0.00        0.00
        JAIL SENTENCE:              PROBATION:
VEH IMMOB START DATE:              NUMBER OF DAYS:        VEH FORFEITURE:


BOND HISTORY:
    50,000.00    PERSONAL    BOND CONTINUED
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

```
07/19/25
   A   ORIGINAL CHARGE          MAL DEST BLG                              536
07/22/25
   A   AUTHORIZATION OF COMPLAINT DATE                                    536
       PROS  GARCIA,GARRETT RYAN,                          P-74100        536
07/23/25
       FILING DATE              072325                                    536
   A   COMPLAINT ISSUANCE DATE                                            536
       MAG   ECHARTEA,LAURA A.,                            P-41489        536
       MISCELLANEOUS ACTION     ALL COUNTS                                829
       SCHEDULED FOR ARRAIGNMENT 072325   230P  ECHARTEA,LAURA A., P-41489 829
       PRETRIAL RELEASE ORDER GENERATED                                   043
                                ALL COUNTS                                043
       JUDGE OF RECORD/MAGISTRATE CHANGED                                 512
         FROM:  73172 TAYLOR,MARLENA ELAYNE,                              512
           TO:  38107 GILES,RONALD,                                       512
       DEFENDANT NOT AT DDC                                               028


NAME: WILLIAMS/ANGELA/TAJUAN             CASE NO: 2505891702    PAGE   2
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

```
07/28/25
       MISCELLANEOUS ACTION     ALL COUNTS                                253
       REMOVED FROM CALENDAR    072325   230P  ECHARTEA,LAURA A., P-41489 253
       WARRANT ENTRY REQUESTED     72825  303P                            253
       WARRANT REJECTED BY MSP, NOT ENTERED INTO LEIN                     253
                                   72825  303P                            253
       WARRANT ENTRY REQUESTED     72825  303P                            253
       SYSIDNO (20:) GENERATED BY LEIN                                    253
```

```
                         50461578                                    253
        WARRANT ENTERED INTO LEIN                                    253
07/29/25
        MISCELLANEOUS ACTION      ALL COUNTS                         829
        SCHEDULED FOR ARRAIGNMENT 072925 1030A  KLEPAREK,JEFFREY DA P-68900  829
        PRETRIAL RELEASE ORDER GENERATED                             087
                                  ALL COUNTS                         087
        WARRANT CANCELLATION REQUESTED                               253
                         72925 1028A                                 253
        WARRANT CANCELLATION ACCEPTED                                253
                         72925 1029A                                 253
        WARRANT CANCELED FROM LEIN                                   253
   A    ARRAIGNMENT HELD          MAL DEST BLG                       070
        MAG  KLEPAREK,JEFFREY DAVID,                        P-68900  070
        STOOD MUTE AND PLEA OF NOT GUILTY ENTERED BY COURT            070
        SCHEDULED FOR PROBABLE CAUSE CONFERENCE                       070
                         080625  830A   GILES,RONALD,       P-38107  070
        SCHEDULED FOR EXAMINATION 081325  845A   GILES,RONALD,  P-38107  070
        PERSONAL                                                     070
        BOND SET                           $50,000.00                070
        VIDEO RECORDING                                              070
        VIRTUAL HEARING SCHEDULED                                    070
        DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT    070
        PETITION FOR COURT APPOINTED ATTORNEY FILED                  070
        TETHER REQUIREMENT IMPOSED                                   070
        DO NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON           070
        PROBABLE CAUSE CONFERENCE HELD                               061
                                  ALL COUNTS                         061
        JDG  GILES,RONALD,                                  P-38107  061
        PROS KAPLAN,STEVEN M.,                              P-33036  061
        ATT  BERSCHBACK,CHARLOTTE MARIE,                    P-86740  061
        REMOVED FROM CALENDAR     080625  830A   GILES,RONALD,  P-38107  061
        REMOVED FROM CALENDAR     081325  845A   GILES,RONALD,  P-38107  061
        BOND CONTINUED                                               061
        COURT REPORTER: A. MARSZALEK CER/CSMR #3005                  061
        VIRTUAL HEARING HELD                                         061
        IN-PERSON HEARING SCHEDULED                                  061
        WITH GPS TETHER                                              061
        MISCELLANEOUS ACTION      ALL COUNTS                         061
        SCHEDULED FOR EXAMINATION 080825 1000A  GILES,RONALD,   P-38107  061
        DATE CHANGE TO FOLLOW CO DEFENDANT                           061
                ***** END OF REGISTER OF ACTIONS ***** 08/05/25 17:48
```




# Inmate Property Inventory Report

**Print Date/Time:** 07/23/2025 11:36
**Login ID:** 6329
**Inmate:** WILLIAMS, ANGELA

2/23/68

**WAYNE COUNTY SHERIFF'S OFFICE**
**ORI Number:** MI8218200
**Booking Number:** 2025-00006663

## Possessions

| Possession | Condition | Quantity | Location | Container | Bag # |
|---|---|---|---|---|---|
| | | | | | |

 

# Inmate Property Inventory Report

Print Date/Time: 07/23/2025 11:36
Login ID: 6329

WAYNE COUNTY SHERIFF'S OFFICE
ORI Number: MI8218200

| Item | Condition | Size | Color | Quantity | Issued By |
|---|---|---|---|---|---|

### Receipt and Acknowledgement

I acknowledge that I have received a copy of the Wayne County Sheriff's Office Inmate Rules and Regulations which includes information on the Prison Rape Elimination Act (PREA) and the Inmate grievance procedure. I understand that upon my release from the Wayne County Jail, I will have (90) days in which to make arrangements for my personal property and (30) days for my clothing to be picked up by myself, family, or friend. If I fail to make these arrangements, my property/clothing shall be considered abandoned and forfeited and my property/clothing shall be donated to charity or disposed of pursuant to Michigan Compiled Laws Annotated (434.26.)

Officer: _[signature]_   Date: 07/23/25

Inmate: _____   Date: _____

Page: 3 of 3